UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCIS ROCCO,

                Plaintiff,

   - against -

INTERFAITH MEDICAL CENTER, ET AL.,

                Defendants.

---

08 Civ. 10575 (JGK)

MEMORANDUM OPINION AND ORDER

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/09
```

**JOHN G. KOELTL, District Judge:**

    The plaintiff has filed a motion for the appointment of counsel. The motion is denied without prejudice. For the Court to request counsel for the plaintiff, the plaintiff must, as a threshold matter, demonstrate that her claim seems likely to be of substance. See Hodge v. Police Officers, 802 F.2d 58, 61-62 (2d Cir. 1986); see also Davidson v. Mann, 129 F.3d 700, 702 (2d Cir. 1997). The plaintiff has not shown that her complaint is likely to be of substance.

    Therefore, the application for appointment of counsel is **denied without prejudice**. The Clerk is directed to close Docket No. 2.

SO ORDERED.

Dated:   New York, New York
          April 23, 2009

                                          John G. Koeltl
                                    United States District Judge